Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 15-16133

Case Name: Jewel v. National Security Agency et al.

The Clerk will enter my appearance as counsel on behalf of: All defendants

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

[x] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/ Henry C. Whitaker    Date: 6/10/2015

Name: Henry C. Whitaker

Firm/Office: Attorney, Appellate Staff, Civil Division, U.S. Department of Justice

Address: 950 Pennsylvania Ave. NW Room 7256

City: Washington    State: DC    Zip Code: 20530

Phone Number (including area code): (202) 514-3180